IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDREW LLOYD, | § | |
| | § | |
| Defendant Below, | § | No. 521, 2019 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. No. 1410016737 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 27, 2021
Decided: February 5, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 5th day of February, 2021, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its November 7, 2019 Order, which adopts the May 20, 2019 Commissioner's Report and Recommendation .

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice